[No. 11751-1-III. Division Three. December 15, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY
E. KOHLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 91-1-00428-6, Harold D. Clarke, J., entered

June 10, 1991. *Affirmed* by unpublished opinion per Ripple, J. Pro Tem., concurred in by Sweeney, J., and Gavin, J. Pro Tem.